UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Brandon Benks
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

R. Cordero #4115
Ufe Evaristus N/A
etc, Angus Mackenzie
etc
etc
etc
etc
etc
etc

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

APR 28 2014
PRO SE

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name Brandon Benks
            ID # 349-14-03304
            Current Institution GRVC
            Address 09-09 Hazen Street
                    East Elmhurst NY 11370

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name R. Cordero                     Shield # 4115
                  Where Currently Employed Manhattan North Narcotics Division/25 pct
                  Address 120 East 119th Street
                          NY NY 10029

Defendant No. 2   Name Uke EVARISTUS                Shield # N/A
                  Where Currently Employed Manhattan North Narcotics Division / 25 pct
                  Address 120 East 119th Street
                  New York, New York 10029

Defendant No. 3   Name John Doe / Angus Mackenzie   Shield # N/A
                  Where Currently Employed Manhattan North Narcotics Division / 25 pct
                  Address 120 east 119th Street
                  NY, NY 10029

Defendant No. 4   Name John Doe                     Shield # N/A
                  Where Currently Employed Manhattan North Narcotics Division / 25 pct
                  Address 120 east 119th Street
                  NY, NY 10029

Defendant No. 5   Name John Doe                     Shield # N/A
                  Where Currently Employed
                  Address 120 east 119th Street
                  NY, NY 10029

II.   **Statement of Claim:**

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  In what institution did the events giving rise to your claim(s) occur?
    On the street at 146 west 111th street

B.  Where in the institution did the events giving rise to your claim(s) occur?
    In front of the Building

C.  What date and approximate time did the events giving rise to your claim(s) occur?
    March 5, 2014 at 3:50 pm

*Rev. 05/2010*                                    2

D. Facts:

**What happened to you?**

I Got Beaten up and Strip sreach outside in the daylight and they took my money and had me cuffed up like that for had Lins out side where they did it at, my two front teeth got Chiped and my Right Shoulder got injured

**Who did what?**

R. Cordero and Jose Evaristus along with seven others played a part in this few cs them strip seaching me and Beating me up, Angus Mackenzie

**Was anyone else involved?**

It was eight officers together that Beat me up and strip search me outside.

**Who else saw what happened?**

I have four people that seen this happen to me on the street

III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. They told me that if I go to a hospital that they were going to beat me up again so I didn't go until I got to Rikers, my Right Shoulder is in pain and they Chiped my two teeth in the front

IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____ No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). ~~scribbled out~~ None

B.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes ____   No ____   Do Not Know ____

C.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claims?

   Yes ____   No ____   Do Not Know ____

   If YES, which claim(s)? _____

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes ____   No ____

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes ____   No ____

E.  If you did file a grievance, about the events described in this complaint, where did you file the grievance?

   _____

   1. Which claim(s) in this complaint did you grieve? _____

   2. What was the result, if any? _____

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

F.  If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here: _____

   2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: _____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). 5 Million Dollars for pain cnt Suffing, cnt ~~~~ Cause my Rights were Violetcnt brokeen.

VI. Previous lawsuits:

<div style="border:1px solid; padding:4px; display:inline-block;">On these claims</div>

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____  No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

[On other claims]

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes ✓ No ____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff Brandon Banks

Defendants Correction Officers in GMDC

2. Court (if federal court, name the district; if state court, name the county) Southern District of New York

3. Docket or Index number N/A

4. Name of Judge assigned to your case N/A

5. Approximate date of filing lawsuit Six years or less ago

6. Is the case still pending? Yes ____ No ✓

   If NO, give the approximate date of disposition Couple of years ago

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) Judgement not in my favor

Rev. 05/2010                                6

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 23 day of April, 2014.

Signature of Plaintiff  Brendan Beals
Inmate Number  349-14-03309
Institution Address  09-09 Hazen Street
East Elmhurst, New York
11370, GRVC

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this ____ day of April, 2014 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: Brendan Beals

C.  Explain why you need an attorney in this case.
    So that he can help me Getting
    in Contact with the witness and to help
    me file motions.

D.  Explain what steps you have taken to find an attorney and with what results. (*Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.*)
    They don't really have nothing here cut
    this law library or lawyers for some
    thing like this.

E.  If you need an attorney who speaks a language other than English, state what language(s) you speak:
    None

2.  In further support of my application, I declare that (check appropriate box):

    [✓] I have previously filed a Request to Proceed *In Forma Pauperis* in this case, and it is a true and correct representation of my current financial status.

    [ ] I have not previously filed a Request to Proceed *In Forma Pauperis* in this case, and now attach an original Request to Proceed *In Forma Pauperis* detailing my financial status.

    [ ] I have previously filed a Request to Proceed *In Forma Pauperis* in this case, however, my financial status has changed. I have attached another Request to Proceed *In Forma Pauperis* showing my current financial status.

3.  I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

4.  I understand that if my answers on this application are false, my case may be dismissed.

5.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 23, 2014                         Brandon Bents
                                                    *Signature*

Rev. 4/2011