UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Brendon Banks

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

R. Cordero #4115
Uke Evaristus # NA
Angus Mackenzie # NA
Block # NA
Keith Knight # 2886
Johnpaul Slater # 6994
Ramon Rosario # 6885
Kevin Stewart # 678

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/2014

**AMENDED COMPLAINT**
under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial: ☑ Yes   ☐ No
(check one)

14 Civ. 3201 (PAE)

I.  **Parties in this complaint:**

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's   Name  Brendon Banks
              ID#  349-14-03304
              Current Institution  GRVC
              Address  09-09 Hazen Street
                       East Elmhurst, NY 11370

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  Roberto Cordero   Shield # 4115
                  Where Currently Employed  Manhattan North Narcotics Division 25th pct
                  Address  120 East 119th Street / 107 Street bet park (email medium)
                           New York, New York 10029

Rev. 01/2010                              1

Defendant No. 2    Name Uke Evaristus    Shield # N/A
Where Currently Employed Manhattan north narcotics Divison 125th pct
Address 120 east 114th street / 107 street bet. park and madison
New york, New york 10029

Defendant No. 3    Name Angus Mackenzie    Shield # N/A
Where Currently Employed Manhattan North Narcotics Division 125th pct
Address 120 east 114th Street / 107 street, bet. park and madison
New york, New york 10029

<span style="border:1px solid">Who did what?</span>

Defendant No. 4    Name Block    Shield # N/A
Where Currently Employed 120 east 114th street / 107 street bet. park and madison
Address New york, NY 10029
Manhattan north Narcotics Divison 25th pct

Defendant No. 5    Name Keith Knight    Shield # 7886
Where Currently Employed Manhattan North Narcotics Divison 25th pct
Address 120 east 114th Street / 107 street bet. park and madison

II.    **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?
On the street at 144 West 111th street 7 Ave between St. Nick Ave

B.    Where in the institution did the events giving rise to your claim(s) occur?
In front of the building 144 West 111th street 7 Ave

C.    What date and approximate time did the events giving rise to your claim(s) occur?
March 5, 2014 at 3:50 pm

D.    Facts: I got beaten up, and strip search outside in day light, they took all my money that I had on me. they broke my Iphone 5S and my samsung tablet. they had me cuffed up and laying outside here they beat me up at. they had chipped my two front teeth

<span style="border:1px solid">What happened to you?</span>

Rev. 01/2010                           2

and they hurt back and Right shoulder which is called a Rotator Cuff injury that has a torn ligament in it. I go to physical therapy every two weeks. The Dentist said that I have to get the two chipped teeth capped when I go home because they can't cap it! I have X rays of every things and I have all of my medical records for the day that it happen up until now. I'm still hurt I can't bend my Right arm back nor can I sleep on my Right side. My teeth and my gums still hurt but they said they can't fix it here, plus they denied me medical treatment.

**Was anyone else involved?** It was eight officers that beat me up and strip search me outside, and broke my phone, tablet, and took my money.

**Who else saw what happened?** Keith humbeck, Rose Gomez, Michal Gomez, Jane Doe

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Rotator Cuff injury / Right arm / shoulder, that has a torn ligament I got to physical therapy every two weeks for my right arm injury the dentist said that I have to go get my two chipped teeth capped when I go home cause they don't do it in here.

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____    No ✓

Rev. 01/2010                                3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____ None _____

_____

_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____   No ____   Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No ____   Do Not Know ____

If YES, which claim(s)?

_____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____   No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1. Which claim(s) in this complaint did you grieve?

_____

2. What was the result, if any?

_____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.

_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:
   On the street in a public place outside

_____

Rev. 01/2010                                                    4

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any: Civilian Complaint Review Board, I wrote them on April 15, 2014 but they never wrote me back at all.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). 5 million Dollars for pain and suffering, excessive force, physical Damages, psychological deprivation of money, humiliation, insomnia, intentional infliction of emotional distress

*Rev. 01/2010* 5

VI. **Previous lawsuits:**

<div style="border:1px solid">On these claims</div>

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____ No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes _____ No _____
   If NO, give the approximate date of disposition _____
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

<div style="border:1px solid">On other claims</div>

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ✓ No _____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff Brandon Bent
Defendants Correction Officers in GMDC

2. Court (if federal court, name the district; if state court, name the county) Southern District of New York
3. Docket or Index number Don't remember
4. Name of Judge assigned to your case Judge KATZ
5. Approximate date of filing lawsuit Can't remember long time ago

*Rev. 01/2010*                                          6

6. Is the case still pending? Yes ____ No ✓

   If NO, give the approximate date of disposition __years ago__

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) __Judgement not in my favor at all__

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 14 day of June, 2014.

Signature of Plaintiff __Brendan Banks__

Inmate Number __344-14-03309__

Institution Address __GRVC__
__09-09 Hazen Street__
__east elmhurst, NY__
__11370__

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 14 day of June, 2014, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: __Brendan Banks__

*Rev. 01/2010*                                    7

