UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
BRANDON BENKS,

                Plaintiff,

  -against-                                          **NOTICE OF APPEARANCE**

R. CORDERO #4115, et al.

                                      14-cv-3201

                Defendants.
---------------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for the Plaintiff.

    I certify that I am an attorney duly admitted to practice in this Court.

Dated:      New York, New York
              October 8, 2014

                                            Yours, etc.,

                                            /S/
                                    Matthew Shroyer (MS-6041)
                                    LAW OFFICES OF MICHAEL S. LAMONSOFF, PLLC
                                    Attorneys for Plaintiff
                                    BRANDON BENKS
                                    80 Maiden Lane, 12th Floor
                                    New York, New York 10038
                                    (212) 962-1020