UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2015 JUN 19 A 8:53

Brandon Banks

(In the space above enter the full name(s) of the plaintiff(s).)

**AMENDED COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

-against-

City of newyork, Roberto Cordero #4115, Angus Mackenzie # 06284, Uke Evaristus #NA, Jorse Aston # 4696, Mark McDonald # 6272, Jeff Harris # 01542, Manuel Cordova #NA, Tyrone Virvet # NA, Christia McGready # 07985, Undercover Charlie 0034, Undercover 7710, Undercover 301, Carty # N/A

Jury Trial: ☑ Yes ☐ No
(check one)

14 Civ. 3201 (PAE)(JLC)

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/19/15

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name Brandon Banks
ID# 349-14-03309
Current Institution M.D.C
Address 125 White Street
Newyork, Newyork 10013

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name City of newyork Shield #
Where Currently Employed City of newyork
Address 100 Church Street
Newyork, Newyork 10007

Defendant No. 2
Name Roberto Cordero Shield # 4115
Where Currently Employed N.B.M.N precinct 28th
Address 2271-89 8th Avenue
Newyork, Newyork 10028

Defendant No. 3
Name Angus MacKenzie Shield # 06284
Where Currently Employed N.B.M.N precinct 28th
Address 2271-89 8th Ave
New-york, Newyork 10028

Defendant No. 4
Name Uke Evaristus Shield # N/A
Where Currently Employed N.B.M.N precint 28th / retired
Address 2271-89 8th Ave
Newyork, Newyork 10028

Defendant No. 5
Name Jorge tobon Shield # 4696
Where Currently Employed N.B.M.N precint 28th
Address 2271-89 8th Ave
Newyork, New-york 10027

## II. Statement of Claim:

See Att. Page

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
On the street at 144 west 111th Street 7 Ave Between St. nick. Ave

B. Where in the institution did the events giving rise to your claim(s) occur?
In front of the Building 144 west 111th street 7th Ave

C. What date and approximate time did the events giving rise to your claim(s) occur?
March 5, 2014 at 3:50pm

City of new york (1)
Angus mackenzie # 06284 (2)
Uke Evaristus # NA (3)
Roberto Cordero # 4115 (4)
Jorge tobon # 4696 (5)
Mark meDonald # 6272 (6)
UC Charlie 0039 (7)
UC 220 (8)
UC 301 (9)
Dt3 Christia mcBrearty # 07985 (10)
tyrone Virvet # NA (11)
Manuel Cordova # NA (12)
Jeff Harris # 01542 (13)
Carty (14)
Narcotics Borough Manhattan North precint
28th

D. Facts: I Got Beaten up and strip search outside in the day light, and they took my money, and had me wheel outside for a long where they Beat me up at. They Chip my two front teeth, and my Right arm Rotator Cuff that has a torn lisament in it that day that I Got Locked up.

What happened to you?

Cordero, Evar Istus, along with a couple more water Mackenzie, McBreasty strip search me in the street, while all of the watch Harris, Viruet, to bon etc, etc

Who did what?

Was anyone else involved?

It Was 12 officers that were involved in this incident that they Beat me up, strip search me in the street, and broke my phone and my tablet.

Who else saw what happened?

A Cammera at 1809 7 Ave that faces down towards St. nick Ave. the Cammera is at the Cornier of 111th 7 Ave at the top Corner of the Building

Herman Hanlock, Rose Gomez, Michael Gomez, Vance Dave

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Rotator Cuff injury Right Arm, shoulder Right has a torn lisament, two Chiped front teeth, Back pains.

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____ No ✓

Rev. 05/2010

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). None

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____ No ____ Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____ No ____ Do Not Know ____

If YES, which claim(s)? ____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____ No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____ No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

1. Which claim(s) in this complaint did you grieve? ____

2. What was the result, if any? ____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. ____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: On the street in a public place outside

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

Rev. 05/2010

when and how, and their response, if any: CCRB, IAB, 311 Complaint

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. N/A

**Note:** You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). 5 million Dollars for pain and suffering for humiliation, insomnia, intentional infliction of emotional distress, physical Damages / Psychological, excessive force, forth amendment Rights, Eighth Amedment Rights, deprivation of Conventional Police Brutality.

VI. **Previous lawsuits:**

**On these claims**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

Rev. 05/2010

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ______

Defendants ______

2. Court (if federal court, name the district; if state court, name the county) ______

3. Docket or Index number ______

4. Name of Judge assigned to your case ______

5. Approximate date of filing lawsuit ______

6. Is the case still pending? Yes ___ No ___

If NO, give the approximate date of disposition ______

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ______

**On other claims**

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ✓ No ___

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff [illegible]

Defendants City of newyork

2. Court (if federal court, name the district; if state court, name the county) S. D. NY

3. Docket or Index number N/A

4. Name of Judge assigned to your case Judge Katz

5. Approximate date of filing lawsuit 7 years ago

6. Is the case still pending? Yes ___ No ✓

If NO, give the approximate date of disposition 2010 or less

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) Judgement in the defendants favor

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 10 day of June, 2015

Signature of Plaintiff: Brandon Banks

Inmate Number: 349-14-03304

Institution Address: M.D.C
125 White Street
New York, New York
10013

**Note**: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 16 day of June, 2015 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: Brandon Banks

Brandon Banks
349-14-03309
M.D.C
125 White Street
New york, New york 10013

USMS
SDNY

RECEIVED
SDNY PRO SE OFFICE
2015 JUN 19 A 8: 33

Pro se Office
Clerk of the Court
500 pearl Street, Room 230
New york, New york 10007

legal mail