friday
Nov. 27, 2015

Re: Extension of time to answer

To: Whom it may Concern

From: Brenden Banks V. City of New York etc, etc, 14 CV 3201 (PAE) (JLC)

Dear Mr. Cott

Please I would like to know if you can grant me a extension of time so that I can respond to they answer of my amended complaint please because I have to do a lot of research so please can you grant me the extra time so I can respond back! Thank you for your time and concern in this matter at hand.

truly yours
Brenden Banks

RECEIVED
DEC 02 2015
CHAMBERS OF
JAMES L. COTT
U.S.M.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/15

**MOHAWK CORRECTIONAL FACILITY**
6514 Rt. 26
P.O. Box 8451
Rome, N.Y. 13442

NAME: Brendan Banks   DIN: 15R1672

SYRACUSE
NY 130
30 NOV
MOHAWK
CORRECTIONAL
FACILTY

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.49⁰
02 1M
0008006559   NOV 30 2015
MAILED FROM ZIP CODE 13440

USM P3
SDNY

LEGAL MAIL
0007133099

James L. Cott
United States Magistrate Judge
Southern District Court
500 Pearl Street, Room 1366
New York, New York 10007-1581